AO 91 (Rev. 11/11)  Criminal Complaint

ORIGINAL

LODGED

# UNITED STATES DISTRICT COURT

2019 DEC 23  AM 11: 28

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

for the

Central District of California



FILED
CLERK, U.S. DISTRICT COURT

DEC 23 2019

CENTRAL DISTRICT OF CALIFORNIA
BY      DC        DEPUTY

UNITED STATES OF AMERICA,

BY _____

v.

ADELINA MAGANA FERNANDEZ,

Defendant.

Case No.

**ED19-0680M**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about November 23, 2019, in the County of San Bernardino in the Central District of California, the

defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 751(a) | Escape from the Custody of the Attorney General |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Johnathan Autry, Deputy U.S. Marshal
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date:     12/23/19

_____
*Judge's signature*

City and state:   Riverside, California

Hon. SHASHI H. KEWALRAMANI, U.S. Magistrate Judge
_____
*Printed name and title*

AUSA: John A. Balla (951-276-6246)

## AFFIDAVIT

I, Johnathan Autry, being duly sworn, declare and state as follows:

### I.   INTRODUCTION

1.   I am a Deputy United States Marshal with the United State Marshals Service ("USMS"). I have been so employed since August 2008. I am currently assigned to the USMS Riverside Sub-Office in the Central District of California.

2.   This affidavit is made in support of a complaint and an arrest warrant against Adelina Magana FERNANDEZ ("FERNANDEZ"), for Escape from the Custody of the Attorney General, in violation of 18 U.S.C. § 751(a).

3.   The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### II.   STATEMENT OF PROBABLE CAUSE

4.   I have reviewed records from the Federal Correctional Complex ("FCC"), Victorville, and I learned the following:

a.   FERNANDEZ, a federal prisoner at the FCC Victorville women's prison camp was missing during the 9:30 p.m. "stand up" inmate count on November 23, 2019. Correctional

officers then conducted a thorough search of the women's prison camp at FCC Victorville, and they could not locate FERNANDEZ. On November 24, 2019, at 12:12 a.m., inmate FERNANDEZ was deemed an escapee.

5.    I have also reviewed court records and Bureau of Prisons records, and I learned the following:

a.    FERNANDEZ was convicted of violating 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii) and 18 U.S.C. § 2, Aiding and Abetting Distribution of a Mixture or Substance Containing More Than 5 Grams of Methamphetamine, in the United States District Court for the Western District of Arkansas, Case Number 5:15-CR-50079-TLB, on or about December 14, 2015.  On March 31, 2016, the Honorable Timothy L. Brooks, United States District Judge, sentenced FERNANDEZ to 168 months of imprisonment.  FERNANDEZ was serving that sentence at FCC Victorville, and her estimated release date is unknown.

///

///

## III. CONCLUSION

6.    For the reasons described above, there is probable cause to believe that FERNANDEZ has violated 18 U.S.C. § 751(a), Escape from the Custody of the Attorney General.

_____
JOHNATHAN AUTRY
Deputy United States Marshal
United States Marshals Service

Subscribed to and sworn before me this 23RD day of December, 2019.

_____
UNITED STATES MAGISTRATE JUDGE
SHASHI H. KEWALRAMANI

3